UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ELIZABETH FELBARTH, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) | No. 3:15-CV-329-PLR-HBG |
| EAST TENNESSEE HUMAN RESOURCE AGENCY, INC., inclusive of its parent and subsidiaries; JANICE COKER, in her individual and official capacity; MICHAEL SMITH, in his individual and official capacity; JUDY BREWER, in her individual and official capacity; and LOUDON COUNTY | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a) [R. 32]. The defendant filed a response indicating that they do not object to the dismissal [R. 33]. Accordingly, the plaintiff's motion is **GRANTED**, and the plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**